

SO ORDERED.

SIGNED this 12th day of July, 2019.

                                              LENA MANSORI JAMES
                                    UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | | ) | No. B-19-80161 C-13D |
| Joshua Andrew Francis | SSN xxx-xx-3945 | ) | |
| Kristina Ann Francis | SSN xxx-xx-8183 | ) | |
| 79 W. Pasture Drive | | ) | |
| Kittrell, NC 27544 | | ) | |
| | | ) | |
| Debtors | | ) | |

### ORDER CONFIRMING CHAPTER 13 PLAN

On July 3, 2019, a hearing was held on confirmation of the Debtors' Plan filed on March 5, 2019, Docket No. 14 ("Plan"). At the hearing, Brent C. Wootton, Esq. appeared on behalf of the Debtors and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. No other party appeared. The Court, after considering statements of counsel and the attorney for the Trustee, finds that the Plan should be confirmed as modified in this Order and therefore; by and with consent of the parties, it is ORDERED:

1. The Plan is confirmed as modified.

2. The claim (Claim No. 4) of State Employees' Credit Union ("SECU") shall be provided for in Section 5 of the Plan with the automatic stay of 11 U.S.C. §362 modified to permit SECU to apply the share account securing its claim as a setoff pursuant to 11 U.S.C. §553 in the amount of $25.75, leaving an unsecured claim in favor of SECU in the amount of $7,245.40.

[END OF DOCUMENT]

**PARTIES TO BE SERVED**
**PAGE 1 OF 3**
**B-19-80161 C-13D**

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**