Fill in this information to identify the case:

Debtor 1  Joshua Andrew Francis

Debtor 2  Kristina Ann Francis
(Spouse, if filing)

United States Bankruptcy Court for the:  Middle District of North Carolina
(State)

Case number  19-80161

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Home Point Financial Corporation

Court claim no. (if known): 18-1

Last 4 digits of any number you use to identify the debtor's account: 4 8 5 5

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 5/9/2019: Proof of Claim/Plan Review | (5) | $ 350.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

| Debtor 1 | Joshua Andrew Francis | Case number (*if known*) 19-80161 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile
Signature

Date  10 / 25 / 2019

Print:   D. Anthony Sottile
         First Name   Middle Name   Last Name

Title  Authorized Agent for Creditor

Company   Sottile & Barile, LLC

Address   394 Wards Corner Road, Suite 180
          Number       Street
          Loveland, OH 45140
          City                State    ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email  bankruptcy@sottileandbarile.com

Sottile & Barile, LLC
PO Box 476
Loveland, OH  45150
accounting@sottileandbarile.com
www.sottileandbarile.com



# Invoice

**BILL TO**
Home Point Financial Corporation
ATTN: PAYMENT PROCESSING
11511 Luna Road
2nd and 3rd Floors
Farmers Branch, TX  75234

**INVOICE #** ▮▮▮▮▮
**DATE** 05/09/2019

**S&B FILE NUMBER**
▮▮▮▮▮▮▮▮

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Francis, Joshua ▮▮▮▮▮▮▮ - Plan review, Proof of claim | 1 | 650.00 | 650.00 |

**BALANCE DUE** $650.00

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-80161 |
| Joshua Andrew Francis<br>Kristina Ann Francis | Chapter 13 |
| Debtors. | Judge Lena M. James |

**CERTIFICATE OF SERVICE**

I certify that on October 25, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Brent Clifton Wootton, Debtors' Counsel
    carolwwlaw@gmail.com

    Richard M. Hutson, II, Chapter 13 Trustee
    office@c13dur.com

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on October 25, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Joshua Andrew Francis, Debtor
    79 W. Pasture Drive
    Kittrell, NC 27544

Kristina Ann Francis, Debtor
79 W. Pasture Drive
Kittrell, NC 27544

Dated: October 25, 2019                    /s/ D. Anthony Sottile
                                                                       D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com